UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>Caroline F. Boorman<br><br>Defendant(s) | CIVIL NO. 19-03282 |

## PRAECIPE TO REISSUE SUMMONS

Kindly reissue the summons for the complaint filed on July 26, 2019. The summons issued on July 26, 2019 was not received by our office.

Respectfully submitted,

KML Law Group, P.C.

By: _____
Rebecca A. Solarz, Esquire
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6327

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff<br><br>vs.<br><br>Caroline F. Boorman<br><br>                    Defendant(s) | CIVIL NO. 19-03282 |

I do hereby certify that service of the Praecipe to Reissue Summons and Certificate of Service was made upon:

Caroline F. Boorman
201 W Evergreen Ave
Apt 707
Philadelphia, PA 19118

by mailing a true and correct copy thereof, postage prepaid, on this 28 day of August, 2019.

Respectfully submitted,
KML Law Group, P.C.

By: *Kimberly Bramble*
Kimberly Bramble, Legal Assistant
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
215-825-6362