IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

December 6, 2019

Rebecca A. Solarz, Esquire
KML Law Group PC
701 Market Street, S/5000
Philadelphia, PA 19106

RE: The United States of America v. Caroline F Boorman
Civil Action No. 19-3282

Dear Counsel,

A review of the docket shows that service of the complaint has not been made.

Rule 4(m) of the Federal Rules of Civil Procedure requires that the defendant be served with the complaint within ninety (90) days after the complaint is filed. The ninety (90) days to serve the complaint expired on **November 26, 2019**. If service is not made **within 30 DAYS of the date of this letter**, the action will be dismissed without prejudice for lack of prosecution unless good cause for the failure to comply with Rule 4(m) is shown prior to that time.

Very truly yours,

*Shelli L. MacElderry*

_____

Shelli L. MacElderry, Civil Deputy
to the Hon. Chad F. Kenney