IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>*Plaintiff,* | : : : : | **CIVIL ACTION** |
| v. | : : | No. 19-3282 |
| **CAROLINE F. BOORMAN**<br>*Defendant.* | : : : | |

## ORDER

AND NOW, this 12TH day of **December 2019**, upon consideration of Plaintiff's Motion to Extend Time to Make Service (ECF No. 4), it is hereby **ORDERED** and **DECREED** Plaintiff's Motion to Extend Time to Make Service (ECF No. 4) is **GRANTED** as follows:

1. Plaintiff has until January 13, 2020 to effectuate service on Defendant.

2. If Plaintiff seeks to file a motion for alternative service, **Plaintiff must file the motion for alternative service on or before January 20, 2020.** Plaintiff must identify in its motion the name of the investigator and what steps the investigator took to effectuate service up to that point. If Plaintiff seeks alternate means of service, it must state in its proposed order that it will effectuate service by regular and certified mail to Defendant at all known addresses, as well as any email addresses, including any addresses that the investigator discovered during the investigation.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE

1