UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America,<br>　　　　　　　　Plaintiff<br><br>vs.<br><br>Caroline F. Boorman<br>　　　　　　　　Defendant | CIVIL ACTION NO.<br>19-03282 |

**ORDER FOR SERVICE BY POSTING TO PROPERTY AND CERTIFIED MAIL**

AND NOW, ___9TH___ this day ___JAN___ of 2020, it appearing by Plaintiff's Motion and Affidavit, to the satisfaction of the Court, that the Defendant cannot, upon diligent inquiry, be found so as to be personally served with the Summons and Complaint in Enforced Collection.

It is hereby ORDERED, ADJUDGED AND DECREED that the Summons and Complaint in Enforced Collections be served on the Defendant by Plaintiff or its agent by posting a copy of the Summons and Complaint in Enforced Collection on the property at the address 4450 S Park Ave., Apt 1610, Chevy Chase, MD 20815, and by regular and certified mail addressed to the Defendant's last known addresses: 201 W Evergreen Ave, Apt. 707, Philadelphia, PA 19118, 405 W Jackson St, Carbondale, IL 62901, and 4450 S Park Ave, Apt. 1610, Chevy Chase, MD 20815. Service shall be completed upon posting or upon mailing, whichever occurs later.

_____
J.