UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff <br><br> vs. <br><br> Caroline F. Boorman <br><br> Defendant(s) | CIVIL NO. 19-03282 |

### CERTIFICATE OF SERVICE

I, Rebecca A. Solarz, Esquire, hereby certify that the foregoing Order, Summons, and Complaint has been served by certified and regular mail, postage pre-paid, upon the parties listed below on January 9, 2019.

Caroline F. Boorman
201 W Evergreen Ave
Apt 707
Philadelphia, PA 19118

Caroline Boorman
4450 S Park Ave
Apt 1610
Chevy Chase, MD 20815

Caroline Boorman
405 W Jackson St
Carbondale, IL 62901

Respectfully submitted,

KML Law Group, P.C.

By: _____
Rebecca A. Solarz, Esquire
Suite 5000
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6327