

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSLYVANIA

| UNITED STATES OF AMERICA | CASE and/or Docket No.: |
|---|---|
| Plaintiff (Petitioner) | 19-03282 |
| vs. | Sheriff's Sale Date: |
| CAROLINE F. BOORMAN | |
| Defendant (Respondent) | |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS:** SUMMONS & COMPLAINT

I, Barrington Williams, certify that I eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served CAROLINE F. BOORMAN the above process on 1/16/2020, at 11:40 AM, at 4450 S PARK AVE APT 1610 CHEVY CHASE, MD 20815 3645, County of MONTGOMERY, Commonwealth of MARYLAND:

**Manner of Service:**

☑ **Posted** - By posting a copy of the original process on the most public part of the property

Commonwealth/State of MARYLAND ) SS:
County of Baltimore )

Before me, the undersigned notary public, this day, personally, appeared MARK CARR to me known, who being duly sworn according to law, deposes the following:
I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

(Signature of Affiant)

Subscribed and sworn to before me this 23 day of JAN, 2020

Notary Public

File Number: USA-197024
Case ID #: 5748053

MARK CARR JR.
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires August 7, 2021