<u>**UNITED STATES DISTRICT COURT**</u>
<u>**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**</u>

| | |
|---|---|
| UNITED STATES OF AMERICA<br>          Plaintiff<br>v.<br><br>CAROLINE F. BOORMAN<br>          Defendant | Civil Action No:  19-03282 |

<u>**NOTICE OF VOLUNTARY DISMISSAL**</u>

TO THE CLERK OF COURT:

    Kindly dismiss the above entitled action pursuant to F.R.C.P. 41(a)(1)(A).

                                    Respectfully submitted,
                                    KML Law Group, P.C.


                                    By: <u>/s/Rebecca A. Solarz, Esq.</u>
                                    Rebecca A. Solarz, Esquire
                                    Suite 5000 – BNY Independence Center
                                    701 Market Street
                                    Philadelphia, PA  19106-1532
                                    (215) 825-6327